IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-34-M-DWM |
| Plaintiff, | ORDER |
| vs. | |
| SHANN LEE KRAHN, | |
| Defendant. | |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture (Doc. 27). Defendant Shann Lee Krahn has been adjudged guilty of prohibited person in possession of a firearm and ammunition as charged in the Indictment and has admitted to its forfeiture allegation. As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 27) is GRANTED:

IT IS FURTHER ORDERED that Krahn's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Hi-Point JXP Pistol CAL:10 SN: X6005558
- Mossberg 600CT Short Barreled Cal: 20, SN: H001963
- 7 Rounds Assorted Ammunition CAL: Assorted
- 4 Rounds Winchester-Western Ammunition CAL:20
- Any associated ammunition and accessories.

IT IS FURTHER ORDERED that the United States Marshals Service, the Bureau of Alcohol, Tobacco, Firearms and Explosives, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and as required by Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 2nd day of October, 2025.

_____
Donald W. Molloy, District Judge
United States District Court