IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>SHANN LEE KRAHN,<br><br>　　　　　　　　Defendant. | CR 25-34-M-DWM<br><br><br>ORDER |

On December 9, 2025, the United States moved unopposed for a Final Order of Forfeiture. (Doc. 31.) Having reviewed this Motion, the Court finds:

1.  The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2.  A Preliminary Order of Forfeiture was entered on October 2, 2025, that forfeited Defendant Shann Lee Krahn's interest. (Doc. 29.)

3.  All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 30.)

4.  It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d) 853(a)(1) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

1

Accordingly, IT IS ORDERED that:

1. The Motion for Final Order of Forfeiture, (Doc. 31), is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d) free from the claims of any other party:

- Hi- Point JXP Pistol CAL:10 SN: X6005558;
- Mossberg 600CT Short Barreled Cal: 20, SN: H001963;
- 7 Rounds Assorted Ammunition CAL: Assorted;
- 4 Rounds Winchester-Western Ammunition CAL:20; and
- Any associated ammunition and accessories.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 10th day of December, 2025.

_____
Donald W. Molloy, District Judge
United States District Court